**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 5:23cv393-JDW-PRL**

                                                    **Case No. 5:09cr45-JDW-PRL**

**VICTOR JOHN WALKER**

_____

**ORDER**

Before the Court is the Report and Recommendation of the Magistrate Judge

("R&R"), recommending Defendant's sentences on Counts One, Three, Four and Five be

vacated and a resentencing hearing on those Counts be conducted with Defendant present

(Cv. Dkt. 14). No objections were filed. Accordingly, the R&R is adopted and approved.

Defendant's sentences on Counts One, Three, Four and Five are **VACATED**. A

resentencing hearing with Defendant present will be scheduled by separate notice.

Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence under 28

U.S.C. § 2255 was granted and his sentence on Count Six was vacated (Cv. Dkt. 13).

Consistent with the "sentencing package doctrine," a new sentence package should be

constructed to ensure the overall sentence remains consistent with the sentencing

guidelines, the § 3553(a) factors, and the court's intentions. *United States v. Fowler*, 749

F.3d 1010, 1015-17 (11th Cir. 2014); *United States v. Alexander*,  F.3d, 2024 WL 157329

(11th Cir. 2024).

**DONE** and **ORDERED** on March 26, 2024.

/s/ *James D. Whittemore*

**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Defendant, Counsel of Record, U.S. Probation, Honorable Philip Lammens